UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARMEN C. BURNS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-10-298-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 20) |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 20**). Donald C. Bell represents plaintiff. Special Assistant United States Attorney Richard A. Morris represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 7).

    After considering the stipulated motion (ECF No. 20), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will hold a supplemental hearing;

    2. Obtain updated medial evidence, including ordering a consultative examination or obtaining e medical expert's

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

testimony, if warranted;

    3. Further consider all acceptable source opinion evidence and other source opinion evidence;

    4. Further consider plaintiff's credibility in accordance with SSR 96-7p, and assess plaintiff's residual functional capacity;

    5. If warranted, obtain vocational expert testimony to assist in ascertaining if, given plaintiff's RFC, she could perform her past relevant work or other work existing in significant numbers; and

    6. Re-evaluate the materiality of plaintiff's substance abuse.

    On remand plaintiff may submit additional evidence and arguments.

    Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

    1. The parties' stipulated motion for an order of remand pursuant to sentence four (ECF No. 20) is **granted.**

    2. Judgment shall be entered for **Plaintiff.**

    3. An application for attorney fees and costs may be filed by separate motion.

    4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2

1 | file.
2 | **IT IS SO ORDERED.**
3 | **DATED** this 19th day of September, 2011.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 3