1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    CARMEN C. BURNS,                    )
                                         )
6              Plaintiff,                )
                                         )         NO.  CV-10-298-JPH
7        vs.                             )
                                         )         **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                  )         **CIVIL CASE**
     Commissioner of Social Security,    )
9                                        )
               Defendant.                )
10                                       )
                                         )
11   _____)

12   **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this 19th  day of  September, 2011.

20                                       JAMES R. LARSEN
                                         District Court Executive/Clerk
21

22
                                         by: __s/ Karen White_____
23                                            Deputy Clerk

24
     cc: all counsel
25

26